# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | | |
|---|---|---|
| Montavis Kentrail Gaines, | ) | |
| | ) | Civil Action No.: 5:21-cv-00187-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AND OPINION** |
| | ) | |
| United States Treasury Department and Internal Revenue Service, | ) | |
| | ) | |
| Defendants. | ) | |

Montavis Kentrail Gaines ("Plaintiff"), proceeding *pro se*, filed this action requesting the court order the Internal Revenue Service to issue him a stimulus payment. (ECF No. 1 at 1-4.) On January 21, 2021, the court directed Plaintiff to bring this case into proper form, explaining how he could do so in the Order. (*See* ECF No. 6 at 1-3.) Plaintiff was warned that the failure to provide the necessary information by February 11, 2021, may subject the case to dismissal. (*Id.* at 1.) Despite this warning, Plaintiff did not respond to the court's Order. As Plaintiff has failed to prosecute this case and has failed to comply with an Order of this court, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R. Co.*, 370 U.S. 626, 632-33 (1962).

**IT IS SO ORDERED.**

United States District Judge

February 19, 2021
Columbia, South Carolina

1

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.